1  Neil M. Soltman (SBN 67617)
      NSoltman@mayerbrown.com
2  Steven E. Rich (SBN 198412)
      SRich@mayerbrown.com
3  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone:  (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Joan L. Long (admitted *pro hac vice*)
      JLong@mayerbrown.com
7  Jamison E. Lynch (admitted *pro hac vice*)
      JLynch@mayerbrown.com
8  Michael J. Word (admitted *pro hac vice*)
      MWord@mayerbrown.com
9  MAYER BROWN LLP
   71 S. Wacker Drive
10 Chicago, IL  60606-4637
   Telephone:  (312) 782-0600
11 Facsimile:  (312) 701-7711

12 *Attorneys for Defendants*
   WAHL CLIPPER CORPORATION and
13 GREGORY S. WAHL

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16                    **WESTERN DIVISION**

17

18 KIM LAUBE & COMPANY, INC., a          Case No. CV-09-914 ODW (JCx)
   California corporation; and KIM
19 LAUBE, an individual,                 **DECLARATION OF LEE BATY
                                         IN SUPPORT OF DEFENDANT
20              Plaintiff,               WAHL CLIPPER
                                         CORPORATION'S MOTION TO
21      v.                              DISQUALIFY PLAINTIFFS'
                                         COUNSEL**
22 WAHL CLIPPER CORPORATION, an
   Illinois corporation; GREGORY S.      Date:    July 6, 2009
23 WAHL, an individual; and DOES 1-10,   Time:    1:30 p.m.
                                         Place:   Courtroom 11
24              Defendants.              Judge:   Hon. Otis D. Wright II

25

26

27

28

1    I, Lee Baty, declare:

2    1.    Since 1982, I have been the Corporate Counsel for Wahl Clipper Corp.

3    ("Wahl Clipper"), Defendant in the above-captioned case.  I have personal

4    knowledge of the following facts and, if called as a witness, could and would

5    testify competently thereto.  I make this declaration in support of Defendant Wahl

6    Clipper Corporation's Motion to Disqualify Plaintiffs' Counsel.

7    2.    On October 11, 2002, Kim Laube filed an action (the "Litigation") against

8    Kim Laube & Company, Inc. ("KLC") and Wahl Clipper Corp. ("Wahl Clipper").

9    3.    Kim Laube initially retained Dennis W. Beech ("Beech") to represent him in

10   the Litigation against KLC and Wahl Clipper.

11   4.    Because Beech's representation of Kim Laube against his current client

12   presented a conflict of interest in violation of the California State Bar Rules of

13   Professional Conduct, I sent a letter to Beech requesting that he immediately

14   withdraw from representing Kim Laube.  This letter is attached as Exhibit A.

15   5.    Beech responded with a letter (attached as Exhibit B) indicating that he

16   would withdraw.  Beech did, in fact, withdraw from representing Kim Laube in the

17   Litigation.

18        I declare under penalty of perjury under the laws of the State of California

19   and the United States of America that the foregoing is true and correct.

20

21

22   Executed this 29th Day of May, 2009.        Lee Baty

23

24

25

26

27

28

DECLARATION OF LEE BATY IN SUPPORT OF DEFENDANT WAHL CLIPPER CORPORATION'S
MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL                                    page 1