Name and address
Alan H. Boon, Esq., SBN 110253
Berger Kahn, A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614-8516
(949) 474-1880
Fax (949) 474-7265

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LAUBE & COMPANY, INC., a Calif. corp.; KIM LAUBE, an individual<br>Plaintiff(s)<br>v.<br>WAHL CLIPPER CORP., an Illinois Corporation; and DOES 1 to 10, Inclusive<br>Defendant(s). | CASE NUMBER<br>CV09-914 ODW(JCx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Wahl Clipper Corporation    ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Alan H. Boon of Berger Kahn, A Law Corporation
*New Attorney*
as attorney of record in place and stead of Neil M. Soltman of Mayer Brown LLP
*Present Attorney*

Dated   October 22, 2009            *Gregory S. Wahl*
                                    Signature of Party/Authorized Representative of Party
                                    WAHL CLIPPER CORP. PRESIDENT

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   October 22, 2009            _____
                                    Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   10/22/09                    _____
                                    Signature of New Attorney
                                    110253
                                    State Bar Number

If party requesting to appear Pro Se:

Dated _____       _____
                                    Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY