1  **BARNES & THORNBURG LLP**
   LEVI W. HEATH (SBN 220854)
2  2049 Century Park East, Suite 3550
   Los Angeles, California 90067-3012
3  Telephone:  (310) 284-3880
   Facsimile:  (310) 284-3894
4  E-mail: levi.heath@btlaw.com

5  VALERIE B. MULLICAN                          JOAN L. LONG
   (admitted *pro hac vice*)                    MARK A. HAGEDORN
6  171 Monroe Avenue N.W., Suite 1000           (admitted *pro hac vice*)
   Grand Rapids, Michigan 49503-2694            One North Wacker Drive, Suite 4400
7  Telephone:  (616) 742-3930                   Chicago, Illinois 60606-2833
   Facsimile:  (616) 742-3999                   Telephone:  (312) 357-1313
8  E-mail:  vmullican@btlaw.com                 Facsimile:  (312) 759-5646
                                                E-mail:  jlong@btlaw.com
9                                                        mhagedorn@btlaw.com

10 Attorneys for Defendant and Counterclaimant
   WAHL CLIPPER CORPORATION
11

12

13                    UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  KIM LAUBE & COMPANY, INC., a California corporation; and KIM LAUBE, an individual,<br><br>18              Plaintiffs,<br><br>19     v.<br><br>20  WAHL CLIPPER CORPORATION, an Illinois corporation; and DOES 1-10, Inclusive,<br><br>22              Defendants.<br><br>23  AND RELATED COUNTERCLAIM | Case No. CV-09-914 JAK (JCx)<br><br>**EVIDENCE IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT WAHL CLIPPER CORPORATION'S OPENING CLAIMS CONSTRUCTION BRIEF**<br><br>Date:    October 15, 2012<br>Time:    11:00 a.m.<br>Crtrm:   750 – 7th Floor<br>Judge:   Hon. John A. Kronstadt |

Defendant and counterclaimant Wahl Clipper Corporation hereby submits the following evidence in support of its Opening Claims Construction Brief:

| Evidence | Page(s) |
|---|---:|
| **Declaration of Mark Hagedorn** | 4-6 |
| *Exhibit 1* – U.S. Patent 6,473,973 ("the '973 Patent") | 7-19 |
| *Exhibit 2* – Copy of the "References Cited" of the '973 Patent and prior art references submitted by the applicant for the '973 Patent during patent prosecution | 20-89 |
| *Exhibit 3* – Copy of the prosecution history of U.S. Patent Application Serial No. 09/222,049 ("the '049 Application") | 90-127 |
| *Exhibit 4* – Copy of the prosecution history of U.S. Patent Application Serial No. 09/457,454 ("the '454 Application") | 128-197 |
| *Exhibit 5* – Copy of the prosecution history of U.S. Patent Application Serial No. 09/610,645 ("the '645 Application") | 198-294 |
| *Exhibit 6* – Copy of the prosecution history of U.S. Patent Application Serial No. 10/042,547 ("the '547 Application") | 295-373 |
| *Exhibit 7* – Copy of U.S. Patent No. 5,970,616 ("the Wahl '616 Patent") cited by the Examiner in the '547 Application | 374-387 |

| **Evidence** | **Page(s)** |
|---|---|
| *Exhibit 8* – Copy of the prosecution history of U.S. Reexamination Patent Application Serial No. 95/000,523 ("the Reexamination") | 388-1300 |
| *Exhibit 9* – Copy of the Board of Patent and Appeals decision of June 18, 2012 in connection with the appeal in the Reexamination proceeding | 1301-1325 |
| *Exhibit 10* – Copy of the Laube Parties' Disclosure of Asserted Claims and Infringement Contentions dated April 27, 2012 | 1326-1331 |
| *Exhibit 11* – Copy of the supplemental Laube Parties' Disclosure of Asserted Claims and Infringement Contentions dated May 17, 2012 | 1332-1338 |
| *Exhibit 12* – Copies of pages from Merriam-Webster's Collegiate Dictionary, 10th Ed. (© 1998) | 1339-1362 |
| *Exhibit 13* – Copy of a distributor price schedule page produced by Plaintiffs bearing a copyright notice of 1996 | 1363 |
| *Exhibit 14* – Copy of a document produced by Plaintiffs bearing a copyright notice of 1994 and relating to Kim Laube & Company clipper blade combs | 1364 |
| *Exhibit 15* – Copy of the prosecution history of U.S. Patent Application Serial No. 10/042,546 ("the '546 Application") | 1365-1506 |

| **Evidence** | **Page(s)** |
|---|---|
| **Appendix A** – Proposed Constructions and Evidence in Support | 1507-1598 |
| **Appendix B** – U.S. Patent 6,473,973 Application Family | 1599 |
| **Appendix C** – Proposed Claim Constructions and Agreed Constructions | 1600-1603 |

Dated:  September 17, 2012                **BARNES & THORNBURG LLP**

By      /s/Mark A. Hagedorn
Mark A. Hagedorn
Attorneys for Defendant
WAHL CLIPPER CORPORATION