FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIM LAUBE & COMPANY, INC., a California corporation; and KIM LAUBE, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>WAHL CLIPPER CORPORATION, an Illinois corporation, DOES 1-10, Inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. LA 09-00914 JAK (JCx)<br><br>**SPECIAL VERDICT FORMS** |

## BREACH OF CONTRACT – VERDICT FORM

We answer the questions submitted to us as follows:

    1.    Did Kim Laube & Company, Kim Laube and Wahl Clipper Corporation enter into the Stock Transfer Agreement?

Yes_____ ✕ _____           No_____

*If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

    2.    Did Kim Laube & Company and Kim Laube do all, or substantially all, of the significant things that the Stock Transfer Agreement required them to do?

Yes_____ ✕ _____           No_____

OR

    2a.    Were Kim Laube & Company and Kim Laube excused from having to do all, or substantially all, of the significant things that the Stock Transfer Agreement required them to do?

Yes_____           No_____ ✕ _____

*If your answer to either question 2 or 2a is yes, then answer question 3.  If you answered no to both question 2 and 2a, stop here, answer no further questions, and have the presiding juror sign and date this form.*

3.      Did all the conditions that were required for Wahl's performance occur or were they excused?

Yes_____✕_____          No_____

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4.      Did Wahl do something that the Stock Transfer Agreement prohibited it from doing?

Yes_____          No_____✕_____

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5.      Were Kim Laube & Company and Kim Laube harmed by Wahl's failure to comply with the terms of the Stock Transfer Agreement?

Yes_____          No_____

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

6.    What are Kim Laube & Company's and Kim Laube's resulting damages?


Total: _____

Signed: **REDACTED VERDICT FORM AS TO JURY FOREPERSON'S SIGNATURE**


Dated: ___05/02/2013___

*Go to the next verdict form.*

3

## BREACH OF CONTRACT – VERDICT FORM

We answer the questions submitted to us as follows:

     1.     Did Kim Laube & Company, Kim Laube and Wahl Clipper Corporation enter into the Stock Transfer Agreement?

Yes_____✗_____          No_____

*If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

     2.     Did Wahl do all, or substantially all, of the significant things that the Stock Transfer Agreement required it to do?

Yes_____✗_____          No_____

OR

     2a.     Was Wahl excused from having to do all, or substantially all, of the significant things that the Stock Transfer Agreement required it to do?

Yes_____          No_____✗_____

*If your answer to either question 2 or 2a is yes, then answer question 3.  If you answered no to both question 2 and 2a, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4

3.      Did all the conditions that were required for Kim Laube & Company's and Kim Laube's performance occur or were they excused?

Yes_____✕_____          No_____

*If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4.      Did Kim Laube & Company and Kim Laube do something that the Stock Transfer Agreement prohibited them from doing?

Yes_____          No_____✕_____

*If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5.      Was Wahl harmed by Kim Laube & Company's and Kim Laube's failure to comply with the terms of the Stock Transfer Agreement?

Yes_____          No_____

*If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5

6.      What are Wahl's resulting damages?


Total: _____

Signed:  **REDACTED VERDICT FORM AS TO JURY FOREPERSON'S SIGNATURE**


Dated:   05/02/2013

*Go to the next form.*

# MISAPPROPRIATION OF TRADE SECRET – VERDICT FORM

We answer the questions submitted to us as follows:

    1.    Did Kim Laube & Company and Kim Laube prove by a preponderance of the evidence that Kim Laube created the replaceable tip?

Yes_____             No_____✗_____

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

    2.    Was the replaceable tip kept secret?

Yes_____             No_____

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

    3.    Did Kim Laube & Company and Kim Laube prove by a preponderance of the evidence that they used reasonable efforts to keep the replaceable tip secret?

Yes_____             No_____

1

*If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4.  Did Kim Laube & Company and Kim Laube obtain actual or potential independent economic value from keeping the replaceable tip secret?

Yes_____          No_____

*If your answer to question 4 is yes, then answer question 5.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5.  Did Wahl:

a.  Acquire knowledge about Kim Laube & Company's and Kim Laube's replaceable tip through improper means?

Yes_____          No_____

OR

b.  Use information from Kim Laube & Company and Kim Laube related to the replaceable tip in any of its products: (i) without Kim Laube & Company's and Kim Laube's consent, and (ii) with knowledge that it acquired the information under circumstances which gave rise to a legal obligation to limit its use?

2

Yes_____        No_____

*If your answer to either question 5a or 5b is yes, then answer question 6.  If you answered no to both questions 5a and 5b, stop here, answer no further questions, and have the presiding juror sign and date this form.*

6.      Did Wahl prove by a preponderance of the evidence that the replaceable tip was readily ascertainable by proper means?

Yes_____        No_____

*If your answer to question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 7.*

7.      Did Kim Laube & Company and Kim Laube prove by a preponderance of the evidence that they were harmed, or that Wahl was unjustly enriched, by Wahl's use of Kim Laube & Company's and Kim Laube's replaceable tip?

Yes_____        No_____

*If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

8.      Was Wahl's use of the replaceable tip a substantial factor in causing Kim Laube & Company's and Kim Laube's harm, or in Wahl's unjust enrichment?

3

Yes_____          No_____

*If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

9.     Did Wahl prove by a preponderance of the evidence that the claimed misappropriation of Kim Laube & Company's and Kim Laube's trade secret occurred before February 6, 2006?

Yes_____          No_____

*If your answer to question 9 is yes, then answer question 10. If you answered no, then skip to question 11.*

10.     Did Kim Laube & Company and Kim Laube prove by a preponderance of the evidence that Kim Laube & Company and Kim Laube did not discover, or with reasonable diligence should not have discovered, facts that would have caused a reasonable person to suspect that Wahl had misappropriated Kim Laube & Company's and Kim Laube's replaceable tip before February 6, 2006.

Yes_____          No_____

*If your answer to question 10 is no, then answer question 11. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4

11.     What are Kim Laube & Company's and Kim Laube's resulting damages?

Total: _____

12.     Did Kim Laube & Company and Kim Laube prove by clear and convincing evidence that Wahl acted with a purpose or willingness to commit the act or engage in the conduct in question, and the conduct was not reasonable under the circumstances at the time and was not undertaken in good faith?

Yes_____          No_____

13.   Did Kim Laube & Company and Kim Laube prove by clear and convincing evidence that Wahl acted with an intent to cause injury, or that Wahl's conduct was despicable and was done with a willful and knowing disregard for the rights of others?

Yes_____          No_____

Signed: _   **REDACTED VERDICT FORM AS TO JURY FOREPERSON'S SIGNATURE**

Dated: _____05/02/2013_____

After all verdict forms have been signed, notify the Baliff that you are ready to present your verdict in the courtroom.

5