UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIM LAUBE & COMPANY, INC., a California corporation; and KIM LAUBE, an individual,<br><br>              Plaintiffs,<br><br>     v.<br><br>WAHL CLIPPER CORPORATION, an Illinois corporation, DOES 1-10, Inclusive,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-09-914 JAK (JCx)<br><br>**FINAL JUDGMENT**<br><br>JS-6 |

# FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, it is hereby ORDERED and ADJUDGED:

That final judgment is entered in favor of Defendants, Wahl Clipper Corporation ("Wahl") and Does 1 to 10, and against Plaintiffs, Kim Laube & Company ("KLC") and Kim Laube ("Laube"), on all of Plaintiffs' claims.

That final judgment is entered in favor of Counter-Plaintiff Wahl and against Counter-Defendant Laube, declaring that:

- Wahl is found not to infringe U.S. Patent No. 6,473,973 ("the '973 Patent").
- All seven claims of the '973 Patent are found and hereby declared to be invalid.
- The '973 Patent is found to have been procured by Laube through inequitable conduct before the United States Patent and Trademark Office and is thus hereby declared unenforceable.

That final judgment is entered in favor of Counter-Defendants, and against Counter-Plaintiff Wahl, on the other Counterclaims.

That final judgment is entered in favor of Wahl and against Plaintiffs declaring this case 'exceptional' under 35 U.S.C. §285.

That the Court awards $1,129,311.71 in reasonable attorney fees to Wahl and against Plaintiffs, KLC and Laube, joint and several, pursuant to 35 U.S.C. §285.

That the Court awards $84,689.59 in costs and expenses to Wahl and against Plaintiffs, KLC and Laube, joint and several, pursuant to 35 U.S.C. §285.

//
//
//

1

1
2
3
4
5

That the Court awards post-judgment interest to Wahl and against Plaintiffs, KLC and Laube, joint and severally, as provided for in 28 U.S.C. §1961 for any time period between the entry of this Final Judgment and the date upon which the judgment has been fully paid.

**IT IS SO ORDERED and SIGNED this 6th day of November, 2013.**

_____
               John A. Kronstadt
**UNITED STATES DISTRICT JUDGE**

GRDS01 483106v2

2