1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| KIM LAUBE & COMPANY, INC., a California corporation; and KIM LAUBE, an individual,<br><br>            Plaintiffs,<br><br>   v.<br><br>WAHL CLIPPER CORPORATION, an Illinois corporation, DOES 1-10, Inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV-09-914 JAK (JCx)<br><br>**FINAL JUDGMENT FOR ADDITIONAL ATTORNEYS' FEES AND COSTS** |
|---|---|

# FINAL JUDGMENT FOR ADDITIONAL ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 58, it is hereby ORDERED and ADJUDGED:

That final judgment previously has been entered in favor of Defendants, Wahl Clipper Corporation ("Wahl") and Does 1 to 10, and former Defendant Gregory S. Wahl, and against Plaintiffs, Kim Laube & Company ("KLC") and Kim Laube ("Laube"), on all of Plaintiffs' claims, including Plaintiffs' claims for misappropriation of trade secrets pursuant to the California Uniform Trade Secret Act, Cal. Civil Code §§ 3426.1 *et seq*.

That this Court has found that certain of Plaintiffs' claims for misappropriation of trade secrets against Wahl were brought in bad faith within the meaning of Cal. Civil Code § 3426.4, in that they were: (i) objectively specious, and (ii) brought and/or maintained in subjective bad faith.

That final judgment is entered in favor of Wahl and against Plaintiffs finding that certain of Plaintiffs' claims for misappropriation of trade secrets were brought in bad faith, and that Wahl is entitled to recover reasonable attorneys' fees and costs incurred in defending those claims pursuant to Cal. Civil Code § 3426.4.

That the Court awards $474,160.68 in reasonable attorneys' fees to Wahl and against Plaintiffs, KLC and Laube, joint and several, pursuant to Cal. Civil Code § 3426.4.

That the Court awards $58,046.74 in costs and expenses to Wahl and against Plaintiffs, KLC and Laube, joint and several, pursuant to Cal. Civil Code § 3426.4.

That the award of attorneys' fees, costs and expenses in this judgment shall be in addition to the attorneys' fees, costs and expenses awarded to Wahl in accordance with 35 U.S.C. § 285, which have been memorialized in a prior Final Judgment.

That the Court awards post-judgment interest to Wahl and against Plaintiffs, KLC and Laube, joint and severally, as provided for in 28 U.S.C. §1961 for any time period

1  between the entry of this Final Judgment for Additional Attorneys' Fees and Costs and
2  the date upon which the judgment has been fully paid.

**IT IS SO ORDERED and SIGNED this 2nd day of April, 2014.**

_____
**John A. Kronstadt**
**UNITED STATES DISTRICT JUDGE**

LADS01 132358v1

2